**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Facstore, Inc.
Debtor

Case No.: 05−25662−DHS
Chapter 7

Nicholas Delzotti, Chapter 7 Trustee
Plaintiff

v.

Jeffrey W. Schram
Defendant

Adv. Proc. No. 06−01989−DHS

Judge: Donald H. Steckroth

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on August 1, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 20 − 9, 13
Opinion (related document:[9] Motion For Summary Judgment in favor of Plaintiff, Nicholas J. Delzotti, Trustee and against Defendants, Facstore, Inc., Jeffrey W. Schram, Linda Schram, New Technology Police Systems, Inc., and Tend To Business, Inc.. filed by Plaintiff Nicholas Delzotti, Chapter 7 Trustee, [13] Cross Motion re: Dismiss Adversary Proceeding and/or to Disqualify Counsel for Plaintiff (related document:[9] Motion For Summary Judgment in favor of Plaintiff, Nicholas J. Delzotti, Trustee and against Defendants, Facstore, Inc., Jeffrey W. Schram, Li filed by Defendant Jeffrey W. Schram, Defendant Linda Schram).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 7/31/2007 (zlh, )

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 1, 2007
JJW: zlh

James J. Waldron
Clerk